

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-15-00125-CV

Style:     In re Marcelle Guimaraes

Date motion filed[*]:     February 12, 2015

Type of motion:     Motion to Reconsider Emergency Motion for Temporary Relief

Party filing motion:     Real Party In Interest, Christopher Brann

Document to be filed:

Is appeal accelerated?

If motion to extend time:
    Original due date:
    Number of prior extensions:     Current Due date:
    Date Requested:

Ordered that motion is:

☐     Granted

        If document is to be filed, document due:

        ☐     The Court will not grant additional motions to extend time

☑     Denied

☐     Dismissed (*e.g.*, want of jurisdiction, moot)

☐     Other: _____

Judge's signature: /s/ Chief Justice Sherry Radack
                        ☑ Acting for the Court
Panel consists of _____
Date: February 12, 2015

November 7, 2008 Revision